UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MYFILA ADIDA JOHNSON, ) <br> ) <br>           Petitioner, ) <br> ) <br>       v. ) <br> ) <br> W. MILLER, Warden, ) <br> ) <br>           Respondent. ) <br> ) | No. CV 11-446-DMG (PLA) <br><br> **JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 13, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE