# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MYFILA ADIDA JOHNSON, | No. CV 11-446-DMG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W. MILLER, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 13, 2011

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE